UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DONALD ROBINSON                                    CIVIL ACTION NO. 23-cv-1094

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

MURPHY OIL U S A INC ET AL                         MAGISTRATE JUDGE HORNSBY


**MEMORANDUM ORDER**

Defendants Murphy Oil, USA, Inc. and Safety National Casualty Corporation filed a Diversity Jurisdiction Disclosure Statement (Doc. 24) and alleged that Murphy is a "citizen of the States of Delaware and Arkansas" and that Safety National is "a citizen of the State of Missouri."  A corporation is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business.  28 U.S.C. § 1332(c)(1).   Accordingly, Defendants must file an amended Diversity Jurisdiction Disclosure Statement that specifically identifies the state of incorporation of each defendant and the state in which each defendant has its principal place of business.  See Doc. 22.  The amended Diversity Jurisdiction Disclosure Statement must be filed no later than **March 21, 2024**.  Once the amended statement is filed, the case can proceed toward a scheduling conference.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 14th day of March, 2024.


Mark L. Hornsby
U.S. Magistrate Judge